# ALABAMA COURT OF CRIMINAL APPEALS



October 18, 2024

**CR-2024-0223**
Mark Anthony Jewell v. State of Alabama (Appeal from Pickens Circuit Court:
CC-14-39.61)

## NOTICE

You are hereby notified that on October 18, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk